Vuk Vujasinovic
Vuk@VBAttorneys.com
Job Tennant
Job@VBAttorneys.com
VB ATTORNEYS
6363 Woodway Dr. #400
Houston, Texas 77057
Telephone:     (713) 224-7800
Fax:               (713)224-7801
*Attorneys for Plaintiffs*

**In the United States District Court**
**Northern District of Texas**
**Amarillo Division**

| | | |
|---|---|---|
| Vu Le, Julie Thi Le, Individually, and Thuy Van Le Individually and as Representatives of the Estate of Camha Thi Vu, Deceased | § § § § § | |
| Vs. | § | Action No. 2:20-cv-131-Z |
| Tyson Foods, Inc. | § § | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all Plaintiffs, Vu Le, Julie Thi Le, Individually, and Thuy Van Le Individually and as Representatives of the Estate of Camha Thi Vu, deceased, hereby voluntarily dismiss their claims against Tyson Foods, Inc. in the above-listed action without prejudice.

[Signature on Next Page]

Respectfully submitted,

**VB Attorneys**

  /s/Vuk S. Vujasinovic

Vuk Vujasinovic

**Vuk@vbattorneys.com**

State Bar No. 00794800

Job Tennant

Job@vbattorneys.com

State Bar No. 24106501

6363 Woodway Dr., Suite 400

Houston, Texas 77057

713/224-7800 (Office)

713/224-7801 (Facsimile)

*Attorneys for Plaintiffs*